**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

MAERSK LINE A/S,

Plaintiff,

-against-

WORLD CARGO SOLUTIONS, LLC,

Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 7/10/2023 __

**22-CV-08525 (KPF)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On July 6, 2023, the Honorable Katherine Polk Failla assigned this matter to my docket for settlement. The parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference as soon as possible. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      July 10, 2023
            New York, New York